United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES F. MENEFIELD,<br><br>          Plaintiff,<br><br>   v.<br><br>JAMES E. TILTON,<br><br>          Defendant._____/ | No. C 08-00751 CRB<br><br>**ORDER** |

On October 22, 2008, Plaintiff James F. Menefield, proceeding pro se and in forma pauperis, filed an Amended Complaint in the United States District Court for the Eastern District of California. The matter was then reassigned to this Court. Before the Court are (1) Plaintiff's Motion for Court to Screen Case and (2) Plaintiff's Motion for Leave to File Second Amended Complaint.

Plaintiff's Motion for Leave to File a Second Amended Complaint is hereby GRANTED. Once the Second Amended Complaint is filed, the Court will proceed with screening pursuant to 28 U.S.C. § 1915A.

**IT IS SO ORDERED.**

Dated: February 11, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\751\Order SAC.wpd

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

G:\CRBALL\2008\751\Order SAC.wpd                    2