United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES F. MENEFIELD,

    Plaintiff,

v.

JAMES E. TILTON,

    Defendant.

                                                 /

No. C 08-00751 CRB (PR)

**ORDER APPOINTING COUNSEL**

Per order filed on March 20, 2009, the Court referred plaintiff to the Federal Pro Bono Project to find a volunteer attorney to represent him.

Nathaniel P. Garrett has informed the Court that his law firm, Jones Day, has agreed to serve as appointed pro bono counsel for plaintiff in this action. The court is grateful for the firm's interest and commitment and, good cause shown, APPOINTS Caroline N. Mitchell, Nathaniel P. Garrett, and Christy O'Connor as counsel for plaintiff in this matter pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.

**IT IS SO ORDERED.**

Dated: March 27, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\751\Order counsel.wpd