Nathaniel P. Garrett (State Bar No. 248211)
ngarrett@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorney for Plaintiff
JAMES F. MENEFIELD

Samantha H. Ramsey (State Bar No. 230862)
DEPUTY ATTORNEY GENERAL
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 324-5165
Facsimile: (916) 324-5205

Attorney for Defendant
MATTHEW CATE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James F. Menefield,<br><br>    Plaintiff,<br><br>    v.<br><br>Matthew Cate,<br><br>    Defendant. | Case No. 08-00751<br><br>**STIPULATION REGARDING CASE MANAGEMENT CONFERENCE**<br><br>Judge:    Charles R. Breyer |

THE PARTIES HERETO, BY AND THROUGH THEIR AUTHORIZED COUNSEL OF RECORD, STIPULATE AS FOLLOWS:

(1) There is currently a case management conference scheduled in this case for **December 4, 2009**, at **8:30 a.m.**

(2) Counsel for plaintiff is scheduled to be in Washington, D.C. on December 4 for work-related purposes.

(3) Accordingly, the case management conference will be held by the Court at **8:30 a.m.** on Friday, **December 11, 2009**.

(4) Pursuant to this Court's standing orders, counsel will file a joint case management statement no later than Tuesday, **December 1, 2009**.

Dated: November 16, 2009        By _/s/ Nathaniel Garrett_
                                Nathaniel P. Garrett
                                JONES DAY
                                Attorney for Plaintiff

Dated: November 9, 2009         By _/s/ Samantha Ramsey_
                                Samantha H. Ramsey
                                DEPUTY ATTORNEY GENERAL
                                Attorney for Defendant

Stip. 08-00751

- 2 -

# ~~PROPOSED~~ ORDER

Based on the foregoing stipulations and representations, the scheduling provisions stated above are adopted as an order of this Court.

IT IS SO ORDERED.

Dated: November 16, 2009.



_____
HONORABLE CHARLES R. BREYER

SFI-623116v1