Nathaniel P. Garrett (State Bar No. 248211)
ngarrett@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorney for Plaintiff
JAMES F. MENEFIELD

Vickie P. Whitney (State Bar No. 145316)
Vickie.Whitney@doj.ca.gov
SUPERIVSING DEPUTY ATTORNEY GENERAL
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 445-8194
Facsimile: (916) 324-5205

Attorney for Defendant
MATTHEW CATE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **James F. Menefield,** <br>       **Plaintiff,** <br>   v. <br> **Matthew Cate,** <br>       **Defendant.** | Case No. 08-00751 <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING PRELIMINARY INJUNCTION** <br><br> Judge:    Charles R. Breyer |

1     WHEREAS on October 5, 2009, the Court granted Plaintiff's motion for
2 preliminary injunction (Court Docket (CD 36), and ordered Defendant to provide Plaintiff
3 with access to Kosher meals;
4     WHEREAS the preliminary injunction, by statute, is due to expire on or about
5 January 4, 2010;
6     WHEREAS the parties desire to extend the preliminary injunction in order to
7 permit the parties to engage in mediation;
8     **THE PARTIES, BY AND THROUGH THEIR AUTHORIZED COUNSEL**
9 **OF RECORD, STIPULATE AS FOLLOWS:**
10     The Court's order granting preliminary injunction shall remain in effect until the
11 case is closed or until the Defendant successfully moves for the injunction order to be
12 withdrawn.

16 Dated: December 14, 2009      By _/s/ Nathaniel Garrett_
17     Nathaniel P. Garrett
    JONES DAY
18     Attorney for Plaintiff

20 Dated: December 14, 2009      By _/s/ Vickie P. Whitney_
21     Vickie P. Whitney
    SUPERVISING DEPUTY ATTORNEY
22     GENERAL
23     Attorney for Defendant

Stip. 08-00751

# [PROPOSED] ORDER

Based on the foregoing stipulations and representations, the Court's preliminary injunction order compelling Defendant to provide Plaintiff with access to Kosher meals shall remain in effect until the case is closed or until further order of this Court.

IT IS SO ORDERED.

Dated: December 17, 2009.



HONORABLE CHARLES R. BREYER
United States District Judge

SFI-625747v1

Stip. 08-00751

- 3 -