E-filing

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES F. MENEFIELD, | No. C 08-00751 CRB (PR) |
| Plaintiff, | **ORDER** |
| vs. | |
| JAMES E. TILTON, | |
| Defendant. | |

Plaintiff is a prisoner proceeding through counsel with an action under 42 U.S.C. § 1983. This case will be referred to Magistrate Judge Nandor J. Vadas to conduct a settlement conference at California State Prison, Solano (CSP-SOL), on February 1, 2010, at 11:00 a.m. A separate order and writ of habeas corpus ad testificandum to transport the plaintiff will issue forthwith.

In accordance with the above, IT IS HEREBY ORDERED that:

This case is set for mediation on February 1, 2010, at 11:00 a.m. at CSP-SOL, 2100 Peabody Road, Vacaville, California.

DATED: DEC 2 9 2009

1