# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

E-filing

James F. Menefield,

        Plaintiff,        No. C 08-00751 CRB (PR)

vs.

James E. Tilton,

        Defendant.        **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

        James Fredrick Menefield, inmate # T-73670, a necessary and material witness in proceedings in this case on February 1, 2010, is confined in Pleasant Valley State Prison, 24863 West Jayne Avenue, Coalinga, California 93210, in the custody of Warden James A. Yates; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Nandor J. Vadas at California State Prison, Solano, 2100 Peabody Road, Vacaville, California 95696 on February 1, 2010 at 11:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a mediation conference at the time and place above, until completion of the mediation conference or as ordered by Judge Vadas; and thereafter to return the inmate to the above institution;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

        3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison, Solano, P.O. Box 4000, Vacaville, California 95696.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, James A. Yates, Pleasant Valley State Prison, P.O. Box 8500, Coalinga, California, 93210:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Vadas at Calilfornia State Prison, Solano, at the time and place above, until completion of the mediation conference or as ordered by Judge Vadas; and thereafter to return the inmate to the above institution.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: DEC 2 9 2009