Nathaniel P. Garrett (State Bar No. 248211)
ngarrett@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorney for Plaintiff
JAMES F. MENEFIELD

Vickie P. Whitney (State Bar No. 145316)
Vickie.Whitney@doj.ca.gov
SUPERVISING DEPUTY ATTORNEY GENERAL
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 445-8194
Facsimile: (916) 324-5205

Attorney for Defendant
MATTHEW CATE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James F. Menefield,<br><br>       Plaintiff,<br><br>v.<br><br>Matthew Cate,<br><br>       Defendant. | Case No. 08-00751<br><br>STIPULATION TO VACATE ORDER & WRIT OF HABEAS CORPUS AD TESTIFCANDUM FOR MEDIATION AND [~~PROPOSED~~] ORDER<br><br>Judge:    Charles R. Breyer |

On January 4, 2010, the Court issued a Writ of Habeas Corpus Ad Testificandum (Court Docket (CD) 46), requring Warden James A. Yates to transport Plaintiff James E. Menefield from Pleasant Valley State Prison to California State Prison, Solano, for purposes of participating in a court-ordered mediation scheduled for February 1, 2010, before Magistrate Judge Nandor Vadas.

///

Stipluation (Case No. 08-00751)

1

The transportation of Plaintiff to the mediation would impose a hardship on him.

Plaintiff has vested his attorney, Nathaniel Garrett with the full authority to represent Plaintiff's interests at the mediation on February 1, 2010, including settlement of the case as appropriate.

Magistrate Judge Nandor Vadas, before whom the mediation is to take place, has indicated his willingness to conduct the mediation without the physical presence of Plaintiff, and with his counsel, Nathaniel Garrett present and fully authorized to represent Plaintiff's interests.

**ACCORDINGLY, THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, STIPULATE AS FOLLOWS:**

The Court's Order & Writ of Habeas Corpus Ad Testificandum shall be vacated, and Warden James A. Yates, shall not transport Plaintiff James F. Menefield from Pleasant Valley State Prison to California State Prison, Solano, for the February 1, 2010 mediation before Magistrate Judge Nandor Vadas.

Dated: January 13, 2010        By _____
                                  Nathaniel P. Garrett
                                  JONES DAY
                                  Attorney for Plaintiff

Dated: January 13, 2010        By _____
                                  Vickie P. Whitney
                                  SUPERVISING DEPUTY ATTORNEY GENERAL
                                  Attorney for Defendant

**IT IS SO ORDERED.**

Dated: January 14, 2010.

_____
HON. CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

Stipulation (Case No. 08-00751)