UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FREDRICK MENEFIELD | No. 08-cv-00751 CRB/NJV |
| Plaintiff, | NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE |
| v. | |
| JAMES E. TILTON, | |
| Defendant. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled for 2:00 p.m. on March 25, 2010 at Pleasant Valley State Prison in Coalinga, CA. Counsel for defendant shall coordinate with the appropriate personnel at Pleasant Valley State Prison to make arrangements for the March 25, 2010 further settlement conference.

Lead trial counsel shall appear at the settlement conference with the parties and persons having **full** authority to negotiate and settle the case.

Should the parties desire to supplement or amend the confidential settlement conference statements that they submitted prior to the February 1, 2010 settlement conference that was held at Solano State Prison, any such supplemental/amended statements shall be emailed to NJVpo@cand.uscourts.gov no later than ten (10) days prior to the settlement conference.

The parties must appear at the settlement conference with (1) blank and/or proposed forms of settlement documents to memorialize any agreement that may be reached, and (2) proposed forms of a stipulation and order for dismissal for execution in connection with any such settlement.

The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this

case settles prior to the date set for the further settlement conference.

IT IS SO ORDERED.

Dated: March 9, 2010

_____
NANDOR J. VADAS
United States Magistrate Judge